UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
DOCKET NO. 2:13-cv-00052-MOC

| | |
|---|---|
| BOBBY E. BURNLEY, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the court on defendant's consented to Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). Having considered such motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that on defendant's consented to Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) is **GRANTED**, and this matter is **REVERSED** and **REMANDED** to the Commissioner with instructions consistent with those provided in such motion. All other pending motions are denied without prejudice as moot and this action is **DISMISSED**.

Signed: August 8, 2014

Max O. Cogburn Jr.
United States District Judge