# United States District Court
## Western District of North Carolina
## Division

| | | |
|---|---|---|
| Bobby E. Burnley **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 2:13-cv-00052 |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin **,** | ) | |
| Acting Commissioner of Social | ) | |
| Security | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2014 Order.

August 8, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court